IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation* | Master Case No. 3:11-md-02208-MAP<br><br>[consolidated cases 3:10-CV-30163-MAP, D. N.J. Case No. 2:10-05735, D. N.J. Case No. 2:10-06077, D. N.J. Case No. 2:10-06835] |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND
TO THE CONSOLIDATED AMENDED COMPLAINT**

The parties hereby agree to extend the time for defendant The Prudential Insurance Company of American ("Prudential") to answer, move, or otherwise respond to the Consolidated Amended Complaint (the "Complaint") in the above-captioned consolidated action. By agreement, the deadline for Prudential to answer, move or otherwise respond to the Complaint will be extended until June 6, 2011. The parties respectfully request that the Court so order the relief sought herein.

Respectfully submitted,

/s/ Michael von Loewenfeldt
Michael von Loewenfeldt (*pro hac vice*)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1528
Tel: (415) 371-8500
Fax: (415) 371-0500

/s/ Daniel D. King
Daniel D. King
**THE DANIEL D. KING LAW FIRM, PLLC**
401 Congress, Suite 1540
Austin, TX 78701
Tel: (512) 687-6278
Fax: (512) 351-9757

/s/ Christopher M. Burke
Christopher M. Burke
**SCOTT & SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

*Interim Co-Lead Class Counsel*

**GOODWIN PROCTER LLP**

By: /s/ Michael K. Isenman

Paul E. Nemser (BBO #369180)
53 State Street
Boston, MA 02109
Tel: (617) 571-1000
Fax: (617) 523-1231

Richard M. Wyner (*pro hac vice*)
Michael K. Isenman (*pro hac vice*)
Katherine J. Shinners (*pro hac vice*)
901 New York Avenue, N.W.
Washington, DC 20001
Tel: (202) 346-4000
Fax: (202) 346-4444

*Counsel for Defendant
The Prudential Insurance Company of America*

Dated: May 4, 2011

SO ORDERED:

Michael␣␣A.␣Ponsor *(signature)*
Judge Michael A. Ponsor

May 9, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2011.

/s/ Michael K. Isenman

LIBW/1780788 3