UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PRUDENTIAL INSURANCE    )
COMPANY OF AMERICA SIGLI/VGLI ) C.A. No. 11-md-02208-MAP
CONTRACT LITIGATION           )
                              )

**MEMORANDUM REGARDING**
**DEFENDANT'S MOTION FOR RECONSIDERATION**
(Dkt. No. 17)

October 17, 2011

PONSOR, U.S.D.J.

Counsel appeared for a status conference on October 10, 2011. At that time, counsel for Defendant brought to the court's attention that Defendant's Motion for Reconsideration (Dkt. No. 17) had not received a ruling. A review of the docket indicates that the court granted the motion on July 15, 2011 via endorsement entered on the docket electronically. Unfortunately, the ruling was originally docketed so as to be accessible to the court only, and not counsel. This oversight has now been corrected. The allowance of the motion now appears on the public docket.

                                /s/ Michael A. Ponsor
                                MICHAEL A. PONSOR
                                U. S. District Judge