```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PRUDENTIAL INSURANCE COMPANY OF AMERICA SIGLI/VGLI CONTRACT LITIGATION | ) ) ) C.A. No. 11-md-02208-MAP ) ) |

ORDER RE: HEARING ON
MOTIONS TO COMPEL
(Dkt. Nos. 27, 29 & 45)

December 28, 2011

PONSOR, U.S.D.J.

In August and September of 2011, Plaintiff and Defendants filed their motions to compel. When counsel appeared for a status conference on October 11, 2011, it emerged that the fluid discovery process had evolved and that further submissions and a status report might assist the court. In late October 2011, status reports were filed by both sides.

Initially, the court hoped that it would be possible to rule on the pending motions to compel without oral argument. Unfortunately, a review of the parties' reports now makes it clear that oral argument with regard to at least some of the issues raised will be necessary.

In its initial Scheduling Order (Dkt. No. 12), the court set January 13, 2012 as the deadline for Plaintiffs to file their motion for class certification, with opposition and replies due in February and March of 2012 and argument

on April 9, 2012. It is not clear whether the absence of rulings on the pending motions to compel will disrupt this schedule. If a ruling is necessary to permit a fair hearing on the motion for class certification, an extension of the filing date will be permitted.

Based on the foregoing, the court orders as follows:

1. Counsel will file a written report with the court by January 4, 2012, indicating whether rulings on the motions to compel will be necessary prior to the filing of, and/or opposition to, any motion for class certification.

2. Counsel will appear for argument on the pending motions to compel on January 10, 2012 at 12:00 noon.

It is So ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge