IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation* | Master Case No. 3:11-md-02208-MAP<br><br>THIS DOCUMENT RELATES TO:<br>All Cases<br><br>Leave to File Sur-Reply Granted<br>on Jan. 23, 2012 |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL SUR-REPLY

Upon consideration of The Prudential Insurance Company of America's Motion for Leave to File Under Seal Sur-Reply, the Court has determined that there is good cause to grant leave to file under seal and accepts for filing under seal Defendant's Sur-Reply to Plaintiffs' Motion for Class Certification.

The impounded materials shall remain impounded until thirty (30) days after entry of final judgment herein. Thereinafter, the materials should be returned to Prudential's counsel, who shall retain them, subject to the Protective Order, for sixty (60) days after final termination of this action, including any appeals.

It is SO ORDERED this 24th day of May, 2012.

*/s/ Michael A. Ponsor*
Hon. Michael A. Ponsor
U.S. District Judge