**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation* | Master Case No. 3:11-md-02208-MAP<br><br>THIS DOCUMENT RELATES TO:<br>All Cases |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE A
REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant The Prudential Insurance Company of America hereby withdraws, as moot, its

Motion for Leave to File A Reply In Support of Its Motion For Leave To File Under Seal (Doc.

104), filed on May 24, 2012.

Dated:  May 29, 2012

Respectfully submitted,

By: /s/ Michael K. Isenman

Paul E. Nemser (BBO #369180)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel: (617) 571-1000
Fax: (617) 523-1231
pnemser@goodwinprocter.com

Richard M. Wyner (pro hac vice)
Michael K. Isenman (pro hac vice)
Adam M. Chud (pro hac vice)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (212) 355-3333

*Counsel for Defendant The Prudential
Insurance Company of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 29, 2012.

/s/ Michael K. Isenman