IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation* <br> This document relates to: ALL ACTIONS | **CLASS ACTION** <br> Master Case No. 3:11-md-02208-MAP <br> [consolidated cases 3:10-cv-30163-MAP, <br> 3:11-cv-30058-MAP; 3:11-cv-30059-MAP; 3:11-cv-30060-MAP] |

## ORDER

Pending before the Court is *Amicus Curiae* The American Legion's Motion to Intervene, for the Limited Purpose of Moving to Unseal the Record, Pursuant to Federal Rule of Civil Procedure 24(b). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

ORDERS that *Amicus Curiae* The American Legion's Motion to Intervene, for the Limited Purpose of Moving to Unseal the Record, Pursuant to Federal Rule of Civil Procedure 24(b) is GRANTED. The Court further

ORDERS that The American Legion is hereby granted leave to intervene in this action pursuant to Rule 24(b) of the Federal Rules of Civil Procedure for the limited purposes of filing a motion to unseal the record and may file such motion.

Signed at Springfield, Massachusetts, on this 28th day of December, 2012.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE