# EXHIBIT A

# EXHIBIT A

## Documents Containing Confidential Business Information Whose Disclosure Would Cause Competitive Injury

| Exhibits to Briefing in Support of or Opposition to Plaintiffs' Motion for Class Certification | Supporting Declaration |
|---|---|
| Exhibit 16 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit D |
| Exhibit 17 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 24 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 26 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 54 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit E |
| Exhibit 55 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit E |
| Exhibit 56 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 60 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit E |
| Exhibit 64 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit D |
| Exhibit 65 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit D |
| Exhibit 67 to the Joint Declaration in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 3 to the Declaration of Bruce McFarlane in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 7 to the Declaration of Bruce McFarlane in Support of Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit C to the Declaration of Michael von Loewenfeldt in Support of Reply Memorandum Regarding Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit D to the Declaration of Michael von Loewenfeldt in Support of Reply Memorandum Regarding Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit E to the Declaration of Michael von Loewenfeldt in Support of Reply Memorandum Regarding Plaintiffs' Motion for Class Certification | Exhibit C |
| Exhibit 55 to the Declaration of Richard M. Wyner in Support of Prudential's Opposition to Plaintiffs' Motion for Class Certification | Exhibit E |
| Exhibit 56 to the Declaration of Richard M. Wyner in Support of Prudential's Opposition to Plaintiffs' Motion for Class Certification | Exhibit E |